IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANET LAWRENCE; and
JAMES LAWRENCE                                               PLAINTIFFS

v.                       No. 4:20-cv-549-DPM

CHRIS RINGGOLD, Individually and
in his Official Capacity as a Little Rock
Police Officer for the City of Little Rock,
Arkansas; RACHELLE STEWART,
Individually and in her Official Capacity
as Deputy Sheriff for Saline County,
Arkansas; ROBERT HIGH, Individually
and in his Official Capacity as Deputy
Sheriff for Saline County, Arkansas; and
AMANDA POWELL MCCLAIN,
Individually and in her Official Capacity
as Deputy Sheriff for Saline County,
Arkansas                                                     DEFENDANTS

## JUDGMENT

The Lawrences' claims against McClain, their official capacity claims against Ringgold and the City of Little Rock, and their claims about the gaming machines are dismissed without prejudice. Their remaining claims are dismissed with prejudice.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

14 June 2022